**No. 10-868. Matthew Cate, Secretary, California Department of Corrections and Rehabilitation, et al., Petitioners v. John H. Pirtle; Matthew Cate, Secretary, California Department of Corrections and Rehabilitation, et al., Petitioners v. Robert Everett Johnson; James Hartley, Warden, Petitioner v. Anthony Sneed; Matthew Cate, Secretary, California Department of Corrections and Rehabilitation, et al., Petitioners v. Ron Mosley; and Matthew Cate, Secretary, California Department of Corrections and Rehabilitation, et al., Petitioners v. Michael Craig Slater.**

564 U.S. 1001, 131 S. Ct. 2988, 180 L. Ed. 2d 818, 2011 U.S. LEXIS 4393.

June 13, 2011. On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. Motions of respondents John H. Pirtle, Robert Everett Johnson, Anthony Sneed, and Michael Craig Slater for leave to proceed in forma pauperis granted. Petition for writ of certiorari as to John H. Pirtle, Robert Everett Johnson, Anthony Sneed, and Michael Craig Slater granted. Judgments vacated, and cases remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of Swarthout v. Cooke, 562 U.S. 216, 131 S. Ct. 859, 178 L. Ed. 2d 732 (2011) (per curiam). Petition for writ of certiorari as to Ron Mosley denied.

Same case below, 611 F.3d 1015 (first judgment); 394 Fed. Appx. 419 (second judgment); 390 Fed. Appx. 682 (third judgment); 400 Fed. Appx. 224 (fourth judgment).

**No. 10-987. Affiliated Computer Services, Inc., Petitioner v. Joshua G. Fensterstock.**

564 U.S. 1001, 131 S. Ct. 2989, 180 L. Ed. 2d 818, 2011 U.S. LEXIS 4434.

June 13, 2011. On petition for writ of certiorari to the United States Court of Appeals for the Second Circuit. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Second Circuit for further consideration in light of AT&T Mobility LLC v. Concepcion, 563 U.S. 333, 131 S. Ct. 1740, 179 L. Ed. 2d 742 (2011).

Same case below, 611 F.3d 124.